IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LAREDO ENERGY, LLC | § | |
| | § | |
| Plaintiff, | § | Civil Action No. |
| | § | |
| v. | § | |
| | § | |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON | § | |
| | § | |
| | § | |
| Defendants. | § | |

### CERTAIN UNDERWRITERS AT LLOYD'S LONDON NOTICE OF REMOVAL

Defendants, Certain Underwriters at Lloyd's, London, severally subscribing to Energy Package Insurance Certificates E170619 and E170851 (collectively "Underwriters"), remove state court action 2020-CVI-002010D3 from the 341st Judicial District Court of Webb County, Texas, pursuant to 28 U.S.C. §§ 1332(a)(2), 1441(a) and 1446. In support, the Underwriters state:

**FACTS**

1. On November 17, 2020, Plaintiff Laredo Energy LLC ("Laredo") sued Underwriters for well-control insurance coverage under Energy Package Insurance Certificates E170619 and E170851 ("Certificates") (Doc. 1-1), in the 341st Judicial District Court of Webb County, Texas. The dispute involves coverage under the Certificates for two alleged loss of well-control incidents at Laredo's Reuthinger 13-H Well. The first incident allegedly involved an underground loss of control after a casing hole developed during fracturing operations in July 2018. The second incident involved a surface loss of control during completion operations in October 2018.

2. The Underwriters admitted coverage for the October 2018 surface loss of control and paid Laredo all amounts owed under the Certificates for that incident. The Underwriters

denied coverage for the July 2018 underground incident based on an independent expert engineering opinion that there was no evidence of an underground loss of control of the Well.

3. Laredo filed suit in the 341st District Court of Webb County, Texas alleging that Underwriters: (a) breached the insurance contract by denying coverage and failing to pay for the July 2018 underground incident; (b) breached the duty of good faith and fair dealing by delaying, failing to reasonably investigate, and failing to pay the July 2018 underground incident; and (c) violated the Texas Insurance Code. (Doc. 1-2, Pet., Tab 1).

4. Mendes & Mount LLP, the agent identified in the Certificates for service, was served with process on May 4, 2021. (Doc. 1-2, Service Aff., Tab 4). Defendant Underwriters filed this notice of removal within the 30-day period required by 28 U.S.C. §1446(b).

5. Copies of all process, pleadings, orders, notices, and other filings in the state court suit are attached to this notice as required by 28 U.S.C. §1446(a). (Doc. 1-2 State Court File).

### DIVERSITY JURISDICTION

6. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332(a)(2) and is one which may be removed to this Court pursuant to 28 U.S.C. §1441. Removal is proper because there is currently complete diversity of citizenship between the parties and complete diversity existed on the date the State Court action was filed.

**A. Plaintiff is a citizen of Texas.**

7. Plaintiff Laredo alleges that it is a limited liability company organized under the laws of Delaware, with its principal place of business at 840 W. Sam Houston Parkway N., Suite 400, Houston, Texas 77024. (Doc. 1-2, Tab 1 Pet., ¶1). The citizenship of a limited liability company is determined by its members. *See Carden v. Arkoma Assocs.*, 494 U.S. 185, 195–96,

110 S.Ct. 1015, 1021–22, 108 L.Ed.2d 157 (1990) (citizenship of an unincorporated entity or association, such as a limited partnership, is based upon the citizenship of each of its partners or members). Upon information and belief after investigation, based upon Texas Secretary of State public records, the sole member of Laredo Energy LLC, is Michael J. Wieland, a Texas citizen, who maintains his permanent residence in Houston, Texas. Accordingly, Plaintiff is a citizen of Texas.

**B.     Defendants are citizens of England.**

8.     There are nine Lloyd's Syndicates that severally subscribe to the Certificates insuring Laredo. (Doc. 1-1, p. 72 (each Certificate)). Paragraph 2 of Plaintiff Laredo's petition names the members of each subscribing syndicate below as Defendants (except RenaissanceRe Syndicate 1458 whose member has been provided below), which were all collectively sued under the moniker "Certain Underwriters at Lloyd's London." The citizenship information for each entity is provided below. All Defendants are British citizens.

| DEFENDANT'S INCORPORATION AND PRINCIPAL PLACE OF BUSINESS | CITIZENSHIP |
|---|---|
| **AEGIS Managing Agency Limited** is a private company organized under the laws of England and Wales, with its principal office in London, England. | British |
| **Antares Managing Agency Limited** is a private company organized under the laws of England and Wales, with its principal office in London, England. | British |
| **Argenta Syndicate Management Limited** is a private company organized under the laws of England and Wales, with its principal office in London, England. | British |
| **Asta Managing Agency Limited** is a private company organized under the laws of England and Wales, with its principal office in London, England. | British |
| **Beazley Underwriting Limited** (sued under the misnomer "Beazley Underwriting Agencies Limited") is a private company organized under the laws of England and Wales, with its principal office in London, England. | British |
| **Canopius Managing Agents Limited** is a private company organized under the laws of England and Wales, with its principal office in London, England. | British |

| | |
|---|---|
| **Navigators Underwriting Agency Limited** is a private company organized under the laws of England and Wales, with its principal office in London, England. | British |
| **RenaissanceRe Corporate Capital (UK) Limited** (sued under the misnomer "Syndicate #1458 RenaissanceRe") is a private company organized under the laws of England and Wales, with its principal office in London, England. | British |
| **Travelers Syndicate Management Limited** is a private company organized under the laws of England and Wales, with its principal office in London, England. | British |

9. Accordingly, all Defendants are citizens of and domiciled in the United Kingdom. Therefore, there is complete diversity between the parties because the dispute is between a citizen of Texas and citizens or subjects of a foreign state. *See* 28 U.S.C. §1332(a)(2).

**C.  The Amount in Controversy Exceeds $75,000.**

10. Plaintiff's petition establishes the amount in controversy and the dollar-amount claimed. *See Horton v. Liberty Mut. Ins. Co.*, 367 U.S. 348, 353 (1961). Laredo alleges that it has incurred, or will incur, approximately $6,000,000 in actual damages, and in addition is owed 18% interest and treble damages as statutory damages under the Texas Insurance Code, consequential damages for lost profits, exemplary damages under Texas Civil Practice and Remedies Code 41.001, prejudgment interest, and attorney fees. (Doc. 1-2, Tab 1 Pet., ¶¶ 34, 37; p. 22).

11. The Certificates identify the percentage each Syndicate agreed to underwrite, with the whole collectively underwriting 100% of the risk.[1] The amount in controversy for each

---

[1] Subscribers to Insurance Certificate E170619 insure 17.5% of the risk; Subscribers to Insurance Certificate E170851 insure 82.5% of the risk. The coverage provided in each Certificate is identical for all practical purposes (Doc. 1-1, E170619 PDF p. 72; E170851 PDF p. 72).

712129                                     4

exceeds $75,000, excluding interest and costs, satisfying the amount in controversy requirement.

| SYNDICATE | SHARE OF $6,000,000 |
|---|---|
| AEGIS 1225 | $440,055 |
| Antares 1274 | $1,099,890 |
| Argenta 2121 | $448,925 |
| Asta 1897 | $330,165 |
| Beazley 623 | $189,000 |
| Beazley 2623 | $861,000 |
| Canopius 4444 | $880,110 |
| Navigators 1221 | $440,055 |
| Travelers 5000 | $898,340 |
| RenaissanceRe | $412,458 |

12.    Venue is proper in this district under 28 U.S.C. §1441(a) because the state court of Webb County where the suit has been pending is part of this district.

13.    Defendants will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending in accordance with 28 U.S.C. §1441(d).

14.    Plaintiff Laredo demanded a jury in the state-court suit.

**CONCLUSION AND REQUEST FOR RELIEF**

Defendants, Certain Underwriters at Lloyd's, London, severally subscribing to Energy Package Insurance Certificates E170619 and E170851, remove state court action 2020-CVI-002010D3 from the 341st Judicial District Court of Webb County, Texas, to the United States District Court for the Southern District of Texas, Laredo Division, and request that the Court set this case upon its docket and enter a scheduling order.

                        Respectfully submitted,

                         /s/    *George H. Lugrin IV*
                        George H. Lugrin IV
                        (TX 00787930) (Fed. 16931)
                        Attorney-in-Charge

                                      Williams Tower, Suite 6400
                                      2800 Post Oak Boulevard
                                      Houston, Texas 77056-6125
                                      Telephone: 713.871.9000
                                      Facsimile: 713.871.8962
                                      Email: glugrin@hallmaineslugrin.com

Of Counsel:
Hall Maines Lugrin, P.C.
Karen K. Milhollin
(TX 00790180) (Fed. 18038)
Williams Tower, Suite 6400
2800 Post Oak Boulevard
Houston, Texas 77056-6125
Telephone: 713.871.9000
Facsimile: 713.871.8962
Email: kmilhollin@hallmaineslugrin.com

*Attorneys for Defendants Certain Underwriters at Lloyd's, London severally subscribing to Energy Package Insurance Certificates E170619 and E170851*

712129                                                6

**CERTIFICATE OF SERVICE**

      I certify that on May 28, 2020, this document was filed electronically with the Clerk of Court via the CM/ECF system. Notice of Electronic Case Filing has been sent automatically to all counsel of record on the e-mail service list.

Matthew S. Parish
(TX 24014279)
Keith R. Taunton
(TX 19681100)
TAUNTON, SNYDER & PARISH, P.C.
777 N. Eldridge Pkwy, Ste. 450
Houston, Texas 77042
Telephone: 713.961.5800
Facsimile: 713.993.2308

*Attorneys for Plaintiff Laredo Energy, LLC*

                                                */s/ George H. Lugrin IV*
                                                George H. Lugrin IV